IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of ELECTRICAL ENGINEERING and EQUIPMENT COMPANY, a/k/a 3E,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and KINGERY CONSTRUCTION CO.,<br><br>Defendants. | Case No. 8:13CV334<br><br>AMENDED ORDER SETTING SCHEDULE FOR PROGRESSION OF CASE |

This case is before the court on the Joint Status Report and Motion for Extension of Deadlines (#24). The deadline extensions will be granted.

**IT IS ORDERED** that the provisions of the court's earlier, initial progression order remain in effect, and in addition to those provisions, the following shall apply:

1. **Motions for Summary Judgment.** Motions for summary judgment shall be filed not later than **January 31, 2015.** *See* NECivR 56.1 and 7.0.1.

2. **Discovery Deadlines:**

   a. **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **December 31, 2014.**

   b. **Written Discovery Deadline.** All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be completed by **November 30, 2014.** Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, but such extensions shall not extend any of the dates in this order; **any request to extend the deadlines of this order shall be sought by motion.**

   Dated this 16th day of October 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge