## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use of, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV334 |
| V. | ) ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and KINGERY CONSTRUCTION, Co., | ) ) ) ) ) | JUDGMENT |
| Defendants. | ) | |

In accordance with the parties' Stipulated Dismissal With Prejudice (filing 28),

**IT IS ORDERED** that the above-captioned action is dismissed with prejudice, with each party to pay its own attorney's fees and costs.

**DATED January 13, 2015.**

                                                  **BY THE COURT:**

                                                  **S/ F.A. Gossett**
                                                  **United States Magistrate Judge**